# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>  Plaintiff,<br><br>  vs.<br><br>REX OLSON, an individual, and JILL E. YOUNG, an individual,<br><br>  Defendants. | CASE NO.: 5:19-cv-00669-PSG-KK<br><br>ASSIGNED TO THE HONORABLE PHILIP S. GUTIERREZ<br><br>**JUDGMENT** |

The motion of plaintiff, Trustees of the Operating Engineers Pension Trust ("Trustees"), for default judgment and for discharge as a stakeholder in the interpleader action presently pending before the Court and for reasonable attorneys' fees and costs was heard on February 10, 2020, at 1:30 p.m., before the Honorable Philip S. Gutierrez, United States District Judge, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California.

After full consideration of Plaintiff's motions for default judgment and discharge of stakeholder and for attorneys' fees and costs, and the authorities submitted by counsel,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

(1) The complaint for interpleader, filed by the Trustees in this action, is proper and the complaint states an adequate case in interpleader.

(2) The plaintiff's motions for default judgment and discharge as stakeholder and for attorneys' fees and costs is **GRANTED**. Default Judgment is entered against Rex Olson ("Olson"). The Trustees are awarded $8,014.00 for attorneys' fees and $1,044.20 for costs which shall be deducted from the benefits awarded to the designated beneficiary.

(3) Michele Leavy ("Leavy") was a retired participant in the Operating Engineers Pension Trust ("Trust") who died on February 17, 2017.

(4) The death benefits payable from the Trust on Leavy's account shall be paid to Leavy's designated beneficiary.

(5) Jill Young ("Young") is deemed to be the sole designated beneficiary on Leavy's account with the Operating Engineers Pension Trust, to receive 100% of the monthly death benefits payable on Leavy's account, subject to adjustments set out in paragraph 6, below.

(6) The Trust is awarded attorneys' fees of $8,014.00, and costs of $1,044.20, incurred by the Trust in bringing this interpleader action, and such fees and costs shall be deducted from the pension benefits payable on Leavy's account prior to

2
JUDGMENT
1375691

the Trust making any payments directly to Young. From March 1, 2017, through and including December 1, 2019, the Trust withheld pension benefits in the amount of $12,274.00 payable on Leavy's account. The amount of $9,058.20 shall be deducted from the withheld pension benefits and retained by the Trust and applied to the Trust's attorneys' fees and costs. The balance of $3,215.80 from the withheld funds, shall be paid to the designated beneficiary.

(7) Beginning the first month after the Court enters Judgment and the amounts set forth in paragraph 6 hereinabove are paid, the Trust shall pay Young 100% of each subsequent monthly pension benefit payable on Leavy's account with the Trust.

(8) If Young does not survive until the balance of such benefits has been paid in full, then any remaining benefits otherwise payable to Young shall be paid in accord with the rules of the Plan.

(9) The Trust shall pay nothing to Olson.

(10) The Trustees are hereby released, acquitted and discharged from all claims or liability to the defendants in this action, or any of them, except that the Trust shall be obligated to pay the monthly death benefit payments (and all amounts withheld to date), less the amounts set forth in Paragraph 6, above, to the person or persons found to be entitled by this Court.

(11) Olson and Young each shall be, and hereby are, restrained from instituting any action or actions against the Trustees, in any forum, relating to the benefits payable on Leavy's account from the Operating Engineers Pension Trust, other than to enforce this Judgment.

///
///
///
///
///

3
JUDGMENT

1375691

(12)  Young shall be responsible for any federal and state taxes due upon the amounts awarded and/or paid to her pursuant to the Judgment or any order of the Court.  It is acknowledged and agreed that the Trust's attorneys' fees and costs retained by the Trust pursuant to paragraph 6, above will be retained from benefits awarded to Young and which would otherwise have been paid to Young.

(13)  This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: February 3, 2020

_____
UNITED STATES DISTRICT JUDGE

4
JUDGMENT
1375691